UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:21-CR-8-BO

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER OF DISMISSAL |
| | ) | |
| GESSYCA EVENE JEASPAUTINE MISSIE | ) | |

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of Court endorsed hereon, the United States Attorney for the Eastern District of North Carolina hereby dismisses the instant indictment against the above-captioned defendant due to the following: On May 11, 2022, the defendant began a 12-month pretrial diversion supervision term. The term of supervision was successfully completed on May 10, 2023.

Respectfully submitted this 24th day of May 2023.

MICHAEL F. EASLEY, JR
United States Attorney

/s/ Sebastian Kielmanovich
SEBASTIAN KIELMANOVICH
Assistant United States Attorney
Criminal Division
150 Fayetteville Street, Suite 2100
Raleigh, NC 27601
Telephone (919) 856-4909
sebastian.kielmanovich@usdoj.gov
N.C. Bar # 32775

1

Leave of Court is granted for the filing of the foregoing dismissal.

_____
TERRENCE W. BOYLE
United States District Judge

Date: _____